# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIANGELICA VERA, | : | CIVIL ACTION NO. |
| | : | 3:12-CV-00382 (VAB) |
| PLAINTIFF, | : | |
| | : | |
| v. | : | |
| | : | |
| ALSTOM POWER, INC., | : | |
| | : | |
| DEFENDANT. | : | JANUARY 6, 2016 |

## AFFIDAVIT OF JOSEPH D. GARRISON

I, Joseph D. Garrison, being duly sworn, depose and say:

1. I am over 18 years of age, and I believe in the obligations of an oath.

2. I am a practicing attorney in New Haven, Connecticut and for many years have been the managing partner in the law firm of Garrison, Levin- Epstein, Richardson, Fitzgerald & Pirrotti, P.C.

3. I graduated from Wesleyan University in 1965 and Cornell Law School in 1968.

4. I was the founding Chairman of the Connecticut Employment Lawyers Association, and am a past President and former member of the Board of Directors of the National Employment Lawyers Association which has over 3,200 affiliated attorneys nationally. I was appointed a Charter Fellow of the Board of Governors of the College of Labor and Employment Lawyers, and was President of the College in 2004. I have been named in The Best Lawyers in America since 1987. I have also been named as a Super Lawyer since that program began, and for the past five years I have been ranked either as number 1 or number 2 of all of the Super Lawyers in Connecticut. In addition, I am a Fellow in the American College of Trial Lawyers as well as an associate in the American Board of Trial Advocates. As a member of the American

Law Institute, I was appointed to be NELA's liaison, and assisted in the drafting of the Restatement of Employment Law, published in 2015. For the last eight years, I have also been NELA's liaison to the Federal Rules Advisory Committee.

5. My practice has concentrated in the area of employment law. Our law firm represents employees more than 95% of the time. Many of our cases involve statutes in which attorney's fees are awarded, so I attempt to remain current with the market for fee award purposes. As a business matter, and as a matter of law enforcement, the award of attorney's fees is important. Unsuccessful defense lawyers are paid in full for their legal services. Attorneys who successfully represent plaintiffs, especially through contested trials, should be fairly compensated for having enforced the law of the land.

6. My hourly rate, for the last three years, has been $575 per hour. Many of my clients pay hourly fees at that billable amount. My partner Ethan Levin-Epstein, who was admitted to practice in 1972, set his hourly rate between $450 and $500 per hour, during 2015. My partner Robert Richardson, admitted to practice in 1991, set his hourly rate at $450 per hour, during 2015. My partner Steve Fitzgerald, admitted to practice in 1988, also set his hourly rate at $450 per hour, during 2015. My partner Nina Pirrotti, admitted to practice in 1992, similarly set her hourly rate at $450 per hour, during 2015. Finally, our associate Joshua Goodbaum (who will be a partner in 2016), admitted to practice in January 2011, set his hourly rate at $325 per hour.

7. Our paralegals, all of whom have at least 15 years of experience, are billed at $110 per hour.

8. I am personally familiar with the legal work of Gregg Adler and Mary Kelly. I consider their work to be of excellent quality, such that when our firm has a conflict of interest or, for other reasons we may be unable to accept cases which we think have merit, we routinely

refer them to Gregg or Mary.

9. If Gregg Adler were a partner in my firm, considering all of the circumstances it is highly likely that we would be billing his time at $500 per hour. If Mary Kelly were a partner in my firm, considering all of the circumstances it is highly likely that we would be billing her time at $450 per hour. If Nicole Rothgeb were a partner in my firm, considering all of the circumstances it is highly likely that we would be billing her time at $350 per hour.

10. The circumstances referred to above include the quality of the work the lawyer performs, the ability the lawyer has to work with clients, the lawyer's knowledge of the law, the lawyer's reputation, the lawyer's work ethic and the lawyer's outside work on behalf of the public and on behalf of fellow attorneys.

11. I am also familiar generally with the hourly rates of employment lawyers in Connecticut, who represent management or who represent employees. In general, hourly rates of lawyers representing management, who have similar experience and ability as the petitioning attorneys, charge equal or higher hourly rates. The hourly rates will be lower, generally, only if the defendant has insurance and a large insurance company is paying the fees. The rates requested by the petitioning lawyers, however, are reasonable market rates for lawyers of similar experience and ability.

The foregoing Affidavit is true and correct to the best of my knowledge and belief.

_____
Joseph D. Garrison

Subscribed and sworn to before me at New Haven, Connecticut, this 6th day of January, 2016.

_____
Cheryl Maturo, Notary Public
My Commission Expires: September 30, 2020